IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD EUGENE SKIPPER,

     Petitioner,

v.                         4:16cv632–WS/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

     Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed September 22, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed with prejudice. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The respondent's motion to dismiss (doc. 11) is GRANTED.

2. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED with prejudice.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___24th___ day of ____October____, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.